## Ex Parte HUTCHINGS.

### No. 20,368; December 15, 1887.

16 Pac. 234.

**Indecent Exposure — Indictment — Description of Offense.—A** complaint under Penal Code of California, section 311, which declares it an offense to "willfully and lewdly procure, counsel, or assist" anyone to make an indecent exposure of the person, charged that defendant "willfully, unlawfully, and lewdly solicited" an indecent exposure. Held, that a conviction on such complaint will be sustained, on an application for discharge on habeas corpus.

Application for writ of habeas corpus.

This is a proceeding against one Ollie Hutchings for a misdemeanor. The complaint was drawn under Penal Code of California, section 311, declaring that "any person who willfully and lewdly procures, counsels, or assists any person to expose himself" indecently shall be guilty of a misdemeanor, and charges that the defendant "did willfully, unlawfully, and lewdly solicit . . . . a female to expose herself . . . . in such a manner as is offensive to decency." The defend-

ant was convicted of the offense charged in the complaint, and she applies to this court for discharge upon a writ of habeas corpus.

G. H. Perry for petitioner; J. V. Coffey, prosecuting attorney, for the people.

Per CURIAM.—The application of Ollie Hutchings to be discharged from custody on a writ of habeas corpus having been heretofore argued, submitted, and taken under advisement by the court, and now, at this day, the court being advised in the premises, it is ordered and adjudged that the application of petitioner be, and the same is hereby, denied, and that she be remanded.